February 04, 2015

Abel Acosta, Clerk of the
Criminal Appeal Court of Texas
Supreme Court Building
201 West 14th St. / Room 106
Austin, TX 78701

MOTION DISMISSED
DATE: 2-11-15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk

Re:    Jorge Venustiano Porras
       Trial Court Case Number: 818904
       Criminal Court of Appeals Number: WR-82,651-01

Dear Mr. Acosta:

Enclosed please find the Applicant's original "Motion for Extension of Time to File Motion for Rehearing," and please file the enclosed instruments and bring it to this Honorable Court's attention for the necessary proceedings to be initiated.

The Applicant would like to ask the Clerk to please notify him of any decisions or rulings made by the court so the Applicant could know when or whether to go to the next appeal level in the pursuit of justice.

Thank you for your time and kind assistance in this matter.

Sincerely,

Jorge Porras
Jorge V. Porras #886022
Darrington Unit
59 Darrington Rd
Rosharon, TX 77583

Cc:  Christina Czepinski, 185th District Court Clerk, 1201 Franklin St./17th Fl., Houston, TX 77002
     Chris Daniel, Harris Co. District Clerk, 201 Caroline/Ste 420, Houston, TX 77002
     Devon Anderson, District Attorney, 1201 Franklin St./Ste 600, Houston, TX 77002

Trial Cause No. 818904
Criminal Court of Appeal No. WR-82,651-01

EXPARTE JORGE V. PORRAS § IN THE CRIMINAL APPEALS
§
§ COURT Of TEXAS

---

**MOTION FOR EXTENSION OF TIME TO "FILE MOTION FOR REHEARING"**

---

TO THE HONORABLE SAID:

**Now Comes,** Jorge V. Porras, Applicant, pro-se, in the above styled and numbered cause files his "Motion for Extension of Time to 'File Motion for Rehearing,' " and will respectfully show the Court the following:

I

Applicant's 11.07 Writ of Habeas Corpus was denied without written order on January 14, 2015. The Court of Criminal Appeals mailed it out to the Applicant on January 15, 2015 in which the unit mailroom received it on the 16th of January and the unit mail room issued a pass for Applicant to pick up legal mail on Tuesday, January 20, 2015 due to Monday January 19, 2015 being Martin Luther King holiday.

II

It would be a grave miscarriage of justice if the applicant's 11.07 is not re-heard because 1) all affidavits and police report plus an FBI affidavit pointes to the real person and that the applicant was just there, 2) because a capital case, you cannot waive your rights to a jury trial therefore applicant's judgment and sentence is void and null, 3) because of number 2 it is implied that only a jury trial finds you guilty in a capital case, therefore, no confession or the trial judge

1

is sufficient enough to support a conviction on a capital case. Only a jury can find you guilty therefore applicant's confession is no good to support a conviction on a capital case. Also there is no evidences to support the conviction in fact the affidavits, police report, and FBI affidavit pointed to the real person who committed the death of the victims. The applicant was just only at the same house with others. What's funny is that the one that cause the death was never charge for capital murder.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this Motion be granted. For this the Applicant will pray.

Jorge V. Porras, TDCJ# 886022
Darrington Unit
59 Darrington Rd
Rosharon, TX 77583

## VERIFICATION

I, Jorge V. Porras, TDCJ#886022, being presently incarcerated at the Darrington Unit of the Texas Department of Criminal Justice – ID, Brazoria County, Texas, verify and declare under penalty of perjury pursuant to **V.T.C.A. Civil Practice and Remedies Codes §§ 132.001 and 132.003** that the foregoing statements are true and correct.

EXECUTED on this 04th day of February 2015.

Applicant, Pro Se

2

**CERTIFICATE OF SERVICE**

I, Jorge V. Porras, Applicant, Pro Se, do hereby certify that an original copy of "Motion for Rehearing," have been served by placing the above and foregoing instruments on this 04th day of February 2015, addressed to:

Christina Czepinski, Clerk of the
185th District Court
1201 Franklin St. / 17th Floor
Houston, TX 77002

Abel Acosta, Clerk of the
Criminal Appeal Court of Texas
Supreme Court Building
201 West 14th St. / Room 106
Austin, TX 78701

Chris Daniel, Harris County District Clerk
201 Caroline / Ste 420
Houston, TX 77002

Devon Anderson, District Attorney
1201 Franklin St. / Ste 600
Houston, TX 77002-1923

**Trial Cause No. 818904**
**Criminal Court of Appeals No. WR-82,651-01**

**EXPARTE JORGE V. PORRAS**  § IN THE CRIMINAL APPEALS
                              §
                              § COURT Of TEXAS

---

**ORDER**

---

On this _____ day of _____, 2015, Applicant's "Motion for Extension of Time to File Motion for Rehearing" came before this Honorable Court, and;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the order be:

Granted _____          Denied _____

**SIGNED AND ENTERED** on this _____ day of _____, 2015.

_____
Judge Presiding